# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

AIDA SACCA,

       Plaintiff,

                                                Case No. 6:16-cv-00494-GKS-DAB

v.

NAVIENT SOLUTIONS, INC.,

       Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, Navient Solutions, Inc., (NSI) by and through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: November 7, 2016

                                         Respectfully submitted,

                                         /s/ Rachel A. Morris
                                         Rachel A. Morris, Esq.
                                         Florida Bar No. 0091498
                                         Dayle M. Van Hoose, Esq.
                                         Florida Bar No. 0016277
                                         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                         3350 Buschwood Park Drive, Suite 195
                                         Tampa, FL 33618
                                         Telephone:   (813) 890-2469
                                         Facsimile:    (866) 466-3140
                                         ramorris@sessions-law.biz
                                         dvanhoose@sessions-law.biz

*Attorneys for Defendant,*
*Navient Solutions, Inc.,*

## CERTIFICATE OF SERVICE

I certify that on this 7th day of November 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system or U.S. First Class Mail including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Christopher Legg, Esq.
Christopher W. Legg, P.A.
3837 Hollywood Blvd., Ste. B
Hollywood, FL 33021
ChrisLeggLaw@gmail.com

/s/ Rachel A. Morris
Attorney